JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| KATHIA BELEN RUGAMA PEREZ,<br><br>Petitioner,<br><br>v.<br><br>FERETI SEMAIA, et al.,<br><br>Respondents. | Case No. 5:26-cv-05138-DFM<br><br>JUDGMENT |

Pursuant to the Court's Order Granting Petition for Writ of Habeas Corpus issued September 29, 2026 (Dkt. 14),

IT IS ADJUDGED that the Petition is GRANTED. Respondents shall immediately release Petitioner Kathia Belen Rugama Perez (A# 240-770-478) from custody on the conditions in place prior to her October 15, 2025 re-detention. Concurrently upon her release, Respondents shall return to Petitioner her personal identity documents and other property taken from her upon her October 15, 2025 re-detention, including her Employment Authorization Document, California identification card, and Social Security card. Respondents shall file a compliance status report no later than October 2, 2026.

Respondents are enjoined from detaining Petitioner under 8 U.S.C. § 1226(c)(1)(E)(ii) solely on the basis of the September 4, 2025 incident described

in the Court's Order (Dkt. 14), absent a material change in circumstances that would make such detention lawful.

Petitioner's remaining requests are DENIED.

The Clerk is directed to close this matter. The Court retains jurisdiction to adjudicate any collateral enforcement issues.

Date: October 5, 2026

DOUGLAS F. McCORMICK
United States Magistrate Judge